# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERT A. GRAYER

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORREECTIONS

NO. 2026 CW 0221

**MAY 18, 2026**

---

In Re: Albert A. Grayer, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
748485.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely. The writ application seeks review of the December 4, 2025 judgment, which is the Commissioner's Report and Recommendation. Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal provides that the return date in civil cases shall not exceed 30 days from the date of notice of the judgment, as provided in La. Code Civ. P. art. 1914. In this case, notice of the December 4, 2025 Commissioner's Report was issued on December 5, 2025. Although Grayer timely filed his notice of intent on December 30, 2025, the district court set the return date "in accordance with applicable law". Accordingly, the deadline for filing the writ application was Thursday, January 4, 2026. The writ application was received by this court on February 19, 2026, but considered filed on February 13, 2026, the date of the postmark. Nevertheless, Grayer dated his certificate of service on January 6, 2026, the date he "placed a copy of the writ of review in the hands of prison officials". Even under the prisoner mailbox rule, that date was after the deadline had expired.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT